# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR96 |
| vs. | ) | ORDER |
| ISRAEL RODRIGUEZ-TADEO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of defendant Israel Rodriguez-Tadeo (Rodriguez-Tadeo) to review detention (Filing Nos. 20 and 28). Rodriguez-Tadeo seeks release to the third-party custody of his uncle, Candido Tadeo in Columbus, Nebraska.

Rodriguez-Tadeo is charged in the Indictment with various counts of identification document fraud. The pre-indictment complaint in this matter sets out a detailed pattern of document fraud and the selling of false documents by the defendant. The court is not persuaded placement of the defendant with his uncle would reasonably assure the defendant's presence for further proceedings if released.

**IT IS ORDERED:**

Rodriguez-Tadeo's motions to review detention (Filing Nos. 20 and 28) are denied.

DATED this 1st day of June, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge